IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| E. V. R., minor, by her and through her Parents and Next Friends, Erica Miles-Rosado and Luis Rosado<br>803 Bistate Blvd.<br>Delmar, Maryland 21875 | * <br> * <br> * <br> * <br> * <br> * |
| and | * <br> * |
| ERICA MILES-ROSADO, Individually<br>803 Bistate Blvd.<br>Delmar, Maryland 21875 | * <br> * <br> * <br> * |
| and | * <br> * |
| LUIS ROSADO, Individually<br>803 Bistate Blvd.<br>Delmar, Maryland 21875 | * <br> * <br> * <br> * |
| Plaintiffs | * <br> * |
| v. | *   Civil No._____ <br> * |
| PENINSULA REGIONAL MEDICAL CENTER<br>100 E. Carroll Street<br>Salisbury, Maryland 21801 | * <br> * <br> * <br> * |
| and | * <br> * |
| PENINSULA REGIONAL HEALTH SYSTEM, INC.<br>100 E. Carroll Street<br>Salisbury, Maryland 21801 | * <br> * <br> * <br> * <br> * |
| and | * <br> * |
| THREE LOWER COUNTIES COMMUNITY SERVICES, INC.<br>12145 Elm Street<br>Princess Anne, Maryland 21853 | * <br> * <br> * <br> * |

1

|  | * |
|---|---|
| and | * |
|  | * |
| MICHELE M. URBAN, M.D. | * |
| Three Lower Counties Community Services, Inc. | * |
| 223 Phillip Morris Drive | * |
| Salisbury, Maryland 21804 | * |
|  | * |
| and | * |
|  | * |
| KELLI R. LUTTRELL, D.O. | * |
| Three Lower Counties Community Services, Inc. | * |
| 223 Phillip Morris Drive | * |
| Salisbury, Maryland 21804 | * |
|  | * |
| Defendants | * |

**********

## NOTICE OF REMOVAL

The United States of America, by and through counsel, Rod J. Rosenstein, United States Attorney for the District of Maryland, and Victor M. Lawrence, Special Assistant United States Attorney for said District, respectfully represents:

1. Three Lower Counties Community Services, Inc., Michele M. Urban, M.D., and Kelli R. Luttrell, D.O. are named defendants in an action pending in the Circuit Court of Wicomico County, Maryland, Case No. 22-C-13-001435 MM. No trial date has yet been set in the case. A copy of the Complaint served on Three Lower Counties Community Services, Inc., Michele M. Urban, M.D., and Kelli R. Luttrell, D.O., redacted pursuant to this Court's Local Rules is attached hereto and marked as Exhibit 1.

2. With regard to the allegations in the complaint against Three Lower Counties Community Services, Inc., it was, at all relevant times, a deemed federally supported health center

2

pursuant to the Federally Supported Health Centers Assistance Act, 42 U.S.C. § 233. A copy of the deeming letter covering the periods January 1, 2012 through December 31, 2012,[1] is attached as Exhibit 2.

3. By operation of the Federally Supported Health Centers Assistance Act (42 U.S.C. § 233(g)-(n)), the health center and its employees are covered under the Federal Tort Claims Act, 28 U.S.C. §§ 1346(b), 2401(b), 2671-80. As a federally supported health center, Three Lower Counties Community Services, Inc. and its employees are considered "federal employees" whose acts of alleged negligence fall within the provisions of the Federal Tort Claims Act, 28 U.S.C. §§ 2671 et seq.

4. The Federally Supported Health Centers Assistance Act further provides that:

> Upon a certification by the Attorney General that the defendant was acting in the scope of his employment at the time of the incident out of which the suit arose, any such civil action or proceeding commenced in a State court shall be removed . . . to the district court of the United States. . . .

42 U.S.C. § 233(c).

5. By virtue of the authority vested in him by the Attorney General under 28 C.F.R. § 15.4, the United States Attorney for the District of Maryland, Rod J. Rosenstein, executed a certification that Three Lower Counties Community Services, Inc., Michele M. Urban, M.D., and Kelli R. Luttrell, D.O., were acting within the scope of its employment at the time of the alleged

---

[1] The Secretary of Health and Human Services deemed Three Lower Counties Community Services, Inc., eligible for coverage under the Federal Tort Claims Act, pursuant to the Federally Supported Health Centers Assistance Act, on January 1, 2012. See 42 U.S.C. § 233(h) (deeming criteria).

occurrence pursuant to 28 U.S.C. § 2679 and 42 U.S.C. § 233(c). The Certification is attached hereto as Exhibit 3.

6. Pursuant to 28 U.S.C. § 2679 and 42 U.S.C. § 233, the above-captioned action is one which may be removed at any time before trial without bond to this Court because (a) plaintiffs in this action seek judgment for damages resulting from alleged negligence by Three Lower Counties Community Services, Inc., Michele M. Urban, M.D., and Kelli R. Luttrell, D.O.; (b) at the time of the alleged occurrence, Three Lower Counties Community Services, Inc. and its employees were considered "federal employees;" and (c) remedy by suit within the meaning of 42 U.S.C. § 233(a) is, therefore, available to the plaintiffs against the United States.

7. A removal of this type shall be deemed a tort action brought against the United States and this remedy shall be exclusive of any other civil action or proceeding against Three Lower Counties Community Services, Inc. and its employees by reason of the same subject matter. 28 U.S.C. § 2679 and 42 U.S.C. § 233(a) and (c).

WHEREFORE, the claim against Three Lower Counties Community Services, Inc., Michele M. Urban, M.D., and Kelli R. Luttrell, D.O., now pending in the Circuit Court for Wicomico County is properly removed pursuant to 28 U.S.C. §§ 1346, 1441, 1442, 1446, 2401, 2671-2680 and 42 U.S.C. § 233.

Respectfully submitted,

Rod J. Rosenstein
United States Attorney

By: _____

Victor M. Lawrence
Special Assistant United States Attorney
36 S. Charles Street, 4th Floor
Baltimore, Maryland 21201
Phone: 410-209-4800
Victor.Lawrence2@usdoj.gov

This Notice of Removal has been signed pursuant to Rule 11, Federal Rules of Civil Procedure.

_____
Victor M. Lawrence
Special Assistant United States Attorney

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 27, 2013 a copy of the foregoing Notice of Removal was sent, first class, postage prepaid to:

William H. Murphy, Jr., Esq.
Mary McNamara Koch, Esq.
Diana K. Hobbs, Esq.
Pamela J. Diedrich, Esq.
Murphy & Falcon, P.A.
One South Street, 23rd Floor
Baltimore, Maryland 21202
*Counsel for Plaintiffs'*

Valerie A. Grove, Esq.
John R. Penhallegon, Esq.
Cornblatt, Bennett, Penhallegon,
& Robertson, P.A.
100 W. Pennsylvania Avenue
Suite 100
Towson, Maryland 21204
*Counsel for Defendants'*
*Peninsula Regional Medical Center and*
*Peninsula Regional Health Systems, Inc.*

Victor M. Lawrence
Special Assistant United States Attorney