FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2014 JAN 10 P 1: 18

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND
AT BALTIMORE

*Approved.
EH
USDJ
1/10/14*

| | | |
|---|---|---|
| E.V.R., et al. | * | |
| Plaintiff(s) | * | |
| vs. | * | Case No.: |
| | | 1:13-cv-03608-ELH |
| PENINSULA REGIONAL MEDICAL CENTER, | * | Judge Ellen L. Hollander |
| et al. | | |
| | * | |
| Defendant(s) | | |
| | * | |

BY___ DEPUTY

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

### NOTICE/STIPULATION OF VOLUNTARY DISMISSAL

Plaintiffs, by and through undersigned counsel, hereby dismiss the above captioned

action against all Defendants WITHOUT PREJUDICE pursuant to Federal Rule of Civil

Procedure 41(a)(1)(A).  Defendants Peninsula Regional Medical Center and Peninsula Regional

Health System, Inc., through undersigned counsel, stipulate to this dismissal.  Pursuant to Rule

41(a)(1)(A)(i), a stipulation of dismissal is not required from Defendant the United States of

America as it has not yet filed an answer or motion for summary judgment in this matter.

Respectfully Submitted,

_____/s/_____
William H. Murphy, Jr.
Mary McNamara Koch
Pamela J. Diedrich
Murphy, Falcon & Murphy, P.A.
One South Street, Suite 2300
Baltimore, Maryland 21201
410-951-8744

billy.murphy@mfmrk.com
mary.koch@mfmrk.com
pam.diedrich@mfmrk.com
*Counsel for Plaintiffs*


_____/s/_____

John R. Penhallegon
Valerie Grove
Cornblatt, Bennett, Penhallegon, &
Robertson, P.A.
100 W. Pennsylvania Avenue
Suite 100
Towson, MD 21204
410-752-7600
jpenhallegon@cbprlaw.com
vgrove@cbprlaw.com
*Counsel for Defendants*
*Peninsula Regional Medical Center and*
*Peninsula Regional Health Systems, Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 8th day of January 2014, I served a copy of the

foregoing Notice of Voluntary Dismissal via the Court's ECF filing system and by email and

first class mail, postage prepaid, to:

John R. Penhallegon, Esquire
Valerie Grove, Esquire
Cornblatt, Bennett, Penhallegon, &
Robertson, P.A.
100 W. Pennsylvania Avenue
Suite 100
Towson, MD 21204
*Counsel for Defendants*
*Peninsula Regional Medical Center and*
*Peninsula Regional Health Systems, Inc.*

Victor Lawrence, Esquire
Special Assistant United States Attorney
36 S. Charles Street, 4th Floor
Baltimore, MD 21201
*Counsel for the United States of America*